UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID DAVILA AND JANET DAVILA,<br><br>          Plaintiffs,<br><br>vs.<br><br>HLB MORTGAGE, N.A.; WELLS FARGO BANK N.A.; TRUSTEE CORPS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC; The JOHN FOE INVESTORS 1-10,000; BLACK AND WHITE CORPORATION,<br><br>          Defendants. | 2:11-CV-00894-PMP-RJJ<br><br>**ORDER** |

        Before the Court for consideration is Defendant Wells Fargo Bank's Motion to Dismiss Plaintiffs' Complaint (Doc. #4) filed June 9, 2011. Plaintiffs have failed to file a timely response and therefore, consent to the granting of Defendant's Motion. Moreover, a review of Defendant's Motion to Dismiss shows that Defendant is entitled to the relief requested on the merits of its motion.

        Specifically, Plaintiff's Complaint fails to state a claim upon which relief could be granted against Defendant Wells Fargo Bank. Therefore, dismissal under Federal Rule of Civil Procedure 12(b)(6) is appropriate.

///

///

**IT IS THEREFORE ORDERED** that Defendant Wells Fargo Bank's Motion to Dismiss Plaintiffs' Complaint (Doc. #4) is **GRANTED**.

DATED: June 28, 2011.

_____
PHILIP M. PRO
United States District Judge